JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMIN NI, | No. 2:24-CV-10178-AB-Ex |
| Plaintiff, | **ORDER DISMISSING ACTION GIVEN PENDING ADJUDICATION OF APPLICATION** |
| v. | |
| ALEJANDRO MAYORKAS, et al., | |
| Defendant. | |

    The Court has reviewed the Parties' Stipulation to Stay Case Pending Adjudication of Application. Defendants have agreed to adjudicate Plaintiff's application—the relief sought by the Complaint. Rather than stay the action, Court **DISMISSES** the action without costs and without prejudice to the right to re-open the action, or seek an extension to do so, by **DECEMBER 30, 2025** if Defendants have not provided their decision. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **SO ORDERED.**

Dated:  December 20, 2024

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE